# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION
## SACRAMENTO DIVISION

| | |
|---|---|
| CONSUELO AARON, | Case No. 2:16-cv-2718-JAM-KJN |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:16-cv-2718-JAM-KJN, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated:  January 12, 2017        /s/ John A. Mendez_____
                                Hon. John A. Mendez
                                United States District Court Judge